IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| **Jane Doe D.A., an individual, PLAINTIFF** | )<br>)<br>) |
| VS. | )<br>)<br>) |
| **CIRCLE OF HOPE GIRLS RANCH AND BOARDING SCHOOLS,** *et. al.* | )<br>)<br>) |
| **BOYD HOUSEHOLDER (deceased), STEPHANIE HOUSEHOLDER,** *husband and wife* | )<br>)   Case 24-CV-03259<br>)<br>) |
| **CIRCLE OF HOPE GIRLS RANCH AND BOARDING SCHOOLS** | )<br>)<br>) |
| **JEFFREY ABLES, individually and as Director of Circle of Hope Girls' Ranch and Boarding School** | )<br>)<br>)<br>) |

**DEFENDANTS**

## PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

COMES NOW, Plaintiff, through counsel, and moves this Court pursuant to MO. R. Civ. Proc. 52.01 et seq. and F.R.C.P. 17 for an order allowing her to use the pseudo name Jane Doe DA. The reason for this request is as follows:

1. Plaintiff was a victim of abuse and a minor at the time.

2. The Petition in this matter describes a violent assault, forced servitude and seeks to recover damages related thereto.

3. Given the unique nature and circumstances of the abuse, the Plaintiff believes that if she were required to use her name in the prosecution of this lawsuit, she and her family will be subject to public ridicule and humiliation.

.

WHEREFORE, Plaintiff requests an order pursuant to MO. R. Civ. Pro. 52.01 et. seq. and F.R.C.P. 17, allowing them to use the pseudo name Jane Doe DA.

Respectfully submitted,

Is/ Rebecca M. Randles
RANDLES & MATA, LLC
Rebecca M. Randles MOBAR #40149
851 NW 45TH Street Suite 310
Kansas City, Missouri 64116
(816) 931-9901, (816) 931-0134 fax