# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE DA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-03259-CV-S-JAM |
| | ) |
| CIRCLE OF HOPE GIRLS RANCH AND | ) |
| BOARDING SCHOOLS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On September 3, 2024, this case was filed and assigned to me. Pursuant to Local Rule 83.9, and with United States District Judge Douglas Harpool's consent, it is

ORDERED that the Clerk of the Court reassign this case to Judge Harpool.

/s/ *Jill A. Morris*
JILL A. MORRIS
UNITED STATES MAGISTRATE JUDGE