IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ASHLYN DIXON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 6:24-cv-03259-MDH |
| | ) |
| CIRCLE OF HOPE GIRLS RANCH | ) |
| AND BOARDING SCHOOL, | ) |
| BOYD HOUSEHOLDER, *Deceased,* | ) |
| STEPHANIE HOUSEHOLDER, | ) |
| JEFFREY ABLES, *individually and as* | ) |
| *Director of Circle of Hope Girls' Ranch* | ) |
| *and Boarding School,* and | ) |
| EUGENE VOLOKH, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER TO SHOW CAUSE

This action was filed on September 3, 2024, with a service due by date of December 2, 2024. An Amended Complaint was filed November 12, 2024. In reviewing the docket, there is no indication that Plaintiff has requested any issuance of summonses upon Defendants, no waiver of service of summonses filed, and no request for an extension of time to effectuate service has been filed.

WHEREFORE, more than ninety (90) days have passed since the filing of this action, and to the Court's knowledge Plaintiff has not served any of the Defendants. Accordingly, the Court directs Plaintiff to serve the Defendants within thirty (30) days from the date of this Order or to show sufficient cause why this case should not be dismissed for failure to accomplish service. Failure to do the foregoing will result in dismissal of this action.

**IT IS SO ORDERED**.

DATED: December 5, 2024

/s/ Douglas Harpool
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE