IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ASHLYN DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:24-cv-03259-MDH |
| | ) | |
| CIRCLE OF HOPE GIRLS RANCH AND | ) | |
| BOARDING SCHOOL, | ) | |
| BOYD HOUSEHOLDER, *Deceased*, | ) | |
| STEPHANIE HOUSEHOLDER, | ) | |
| JEFFREY ABLES, *individually and as* | ) | |
| *Director of Circle of Hope Girls' Ranch and* | ) | |
| *Boarding School*, and | ) | |
| EUGENE VOLOKH, *Interested Party*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

The parties are to show cause by **March 3, 2025**, why they have failed to file with the Court a joint proposed scheduling order by February 18, 2025, as contained in the Court's January 2, 2025, Rule 16 Notice (Doc. 16). The Court hereby Orders the parties to consult and jointly submit a proposed scheduling order on or before **March 3, 2025**.

As stated in the Rule 16 Notice, counsel may find sample proposed scheduling orders on the court's website at https://mow.uscourts.gov/judges/harpool.html. The proposed scheduling order forms for both bench and jury trials are available on the website for download and completion. Once completed, the proposed scheduling order should be filed with the court according to the guidelines found at https://www.mow.uscourts.gov/district/rules under Local Rules & Procedures, Procedures, CM/ECF Administrative Guide, bottom of Page 8. When filing

1

the actual document in the CM/ECF system, the selection will be found using the "Civil" tab, "Other Filings", "Other Documents", and "Proposed Scheduling Order".

**IT IS SO ORDERED.**

DATED: February 20, 2025

       */s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**