IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **ASHLEY DIXON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 6:24-cv-03259-MDH |
| ) | |
| **CIRCLE OF HOPE GIRLS RANCH AND** ) | |
| **BOARDING SCHOOL,** ) | |
| **BOYD HOUSEHOLDER,** *Deceased*, ) | |
| **STEPHANIE HOUSEHOLDER,** ) | |
| **JEFFREY ABLES,** *individually and as Director* ) | |
| *Of Circle of Hope Girls' Ranch and Boarding* ) | |
| *School*, **and** ) | |
| **EUGENE VOLOKH,** *Interested Party*, ) | |
| ) | |
| **Defendants.** ) | |

## SECOND ORDER TO SHOW CAUSE

The parties are to show cause by **March 13, 2025**, why they have failed to file with the Court a joint proposed scheduling order by February 18, 2025, as contained in the Court's January 2, 2025, Rule 16 Notice (Doc. 16) and the Court's original show cause order (Doc. 22). The Court hereby Orders the parties to consult and jointly submit a proposed scheduling order on or before **March 13, 2025**. Should the parties fail to submit a proposed scheduling order or fail to respond to this Order, the Court may dismiss the case without prejudice.

As stated in the Rule 16 Notice, counsel may find sample proposed scheduling orders on the court's website at https://mow.uscourts.gov/judges/harpool.html. The proposed scheduling order forms for both bench and jury trials are available on the website for download and completion. Once completed, the proposed scheduling order should be filed with the court according to the guidelines found at https://www.mow.uscourts.gov/district/rules under Local Rules & Procedures, Procedures, CM/ECF Administrative Guide, bottom of Page 8. When filing

the actual document in the CM/ECF system, the selection will be found using the "Civil" tab, "Other Filings", "Other Documents", and "Proposed Scheduling Order".

**IT IS SO ORDERED.**

Dated:   March 6, 2025                             */s/ Douglas Harpool*
                                                  **DOUGLAS HARPOOL**
                                                  **UNITED STATES DISTRICT JUDGE**