IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ASHLYN DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:24-cv-03259-MDH |
| ) | |
| BOYD HOUSEHOLDER (deceased), ) | |
| STEPHANIE HOUSEHOLDER, ) | |
| husband and wife, CIRCLE OF ) | |
| HOPE GIRLS RANCH AND BOARDING ) | |
| SCHOOLS, and JEFFREY ABLES, ) | |
| individually and as Director of Circle of ) | |
| Hope Girls' Ranch and Boarding School, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' dismissal with prejudice. (Doc. 29). The parties dismiss this action, with prejudice, each party to bear its own costs.

Wherefore, based on the parties' dismissal, the Court hereby **ORDERS** that this case be dismissed, with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

DATED: August 14, 2025

                                            */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**